IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>ANTHONY HILL-GAINES,<br><br>                 Defendant. | **8:22CR47**<br><br>**ORDER** |

      This matter is before the court on the motion of CJA Joseph L. Howard to withdraw as counsel for the defendant, Anthony Hill-Gaines. (Filing No. 60). Joseph L. Howard represents that he has a conflict of interest in this matter. Joseph L. Howard's motion to withdraw (Filing No. 60) is granted.

      Jerry M. Hug, 209 South 19th Street, Suite 323, Omaha, NE 68102, (402) 346-1733, is appointed to represent Anthony Hill-Gaines for the balance of these proceedings pursuant to the Criminal Justice Act. Joseph L. Howard shall forthwith provide Jerry M. Hug with the discovery materials provided the defendant by the government and such other materials obtained by Joseph L. Howard which are material to Anthony Hill-Gaines's defense.

      The clerk shall provide a copy of this order to Jerry M. Hug and the defendant.

      Dated this 7th day of March, 2022.

                                                              BY THE COURT:

                                                               s/ Susan M. Bazis<br>
                                                               United States Magistrate Judge