IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANTHONY HILL-GAINES,<br><br>        Defendant. | 8:22CR47<br><br>ORDER |

    This matter is before the court on the motion of CJA Jerry M. Hug to withdraw as counsel for the defendant, Anthony Hill-Gaines. (Filing No. 72). Jerry M. Hug has a conflict of interest in this matter. Jerry M. Hug's motion to withdraw (Filing No. 72) is granted.

    Michael J. Wilson, 1414 Harney Street, Suite 400, Omaha, NE 68102, (402) 466-8444, is appointed to represent Anthony Hill-Gaines for the balance of these proceedings pursuant to the Criminal Justice Act. Jerry M. Hug shall forthwith provide Michael J. Wilson with the discovery materials provided the defendant by the government and such other materials obtained by Jerry M. Hug which are material to Anthony Hill-Gaines's defense.

    The clerk shall provide a copy of this order to Michael J. Wilson and the defendant.

**IT IS SO ORDERED.**

Dated this 9th day of March, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge