IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY HILL-GAINES,<br><br>    Defendant. | 8:22-CR-47<br><br>ORDER |

This matter is before the Court on the Government's Motion to Extend time in which to file its response to the defendant's Motion to Vacate under 18 U.S.C. § 2255. Filing 367 (Motion to Extend); *see also* Filing 363 (Motion to Vacate). The Government explains additional time is needed to request an affidavit from the defendant's prior counsel as it relates to the defendant's claim of ineffective assistance of counsel. Filing 367. Because this constitutes good cause for an extension, the extension should be granted.

  IT IS ORDERED that the Government's Motion to Extend, Filing 367, is granted.

  IT IS FURTHER ORDERED that the Government must respond to the defendant's Motion to Vacate no later than September 27, 2024.

  Dated this 6th day of September, 2024.

                   BY THE COURT:

                   _____
                   Brian C. Buescher
                   United States District Judge