IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>ANTHONY HILL-GAINES,<br><br>               Defendant. | **8:22CR47**<br><br>**ORDER** |

      On November 6, 2024, the court held a hearing on the oral motion of Michael J. Wilson to withdraw as counsel for the defendant, Anthony Hill-Gaines. After inquiry of the Defendant and his counsel, the court granted Michael J. Wilson's motion to withdraw.

      Christopher J. Roth, 1213 Jones Street, Omaha, NE 68102, (712) 310-7859, is appointed to represent Anthony Hill-Gaines for the balance of these proceedings pursuant to the Criminal Justice Act. Michael J. Wilson shall forthwith provide Christopher J. Roth any discovery materials provided to the defendant by the government and any such other materials obtained by Michael J. Wilson which are material to Anthony Hill-Gaines' defense.

      The clerk shall provide a copy of this order to Christopher J. Roth and the defendant.

Dated this 12th day of November, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge